FILED
05/22/2025
Tina Henry
CLERK
Cascade County District Court
STATE OF MONTANA
By: Elizabeth Sweeney
DV-7-2025-0000225-PI
Kutzman, John A.
1.00

Randall G. Nelson
Thomas C. Bancroft
NELSON BANCROFT
2619 St. Johns Avenue, Suite E
Billings, MT 59102
(406) 867-7000
(406) 867-0252 Fax
rgnelson@nelsonlawmontana.com
tbancroft@nelsonlawmontana.com
*Attorneys for Plaintiffs*

MONTANA EIGHTH JUDICIAL DISTRICT COURT, CASCADE COUNTY

| | |
|---|---|
| MERLE REDGER and VYLA REDGER,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARLENE S. BONDE and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendants. | Cause No. DV ____________________<br><br>Judge _____________________________<br><br>**COMPLAINT AND JURY TRIAL DEMAND** |

Plaintiffs, Merle Redger and Vyla Redger ("Redger"), by and through their attorneys, Nelson Bancroft, for their Complaint against Defendants state and allege as follows:

1. Redger have been at all times pertinent to this litigation residents of Big Horn County, Montana.

2. Charlene S. Bonde ("Bonde") is a citizen and resident of Cascade County, Montana.

3. State Farm Mutual Automobile Insurance Company ("State Farm") is an Illinois domiciled insurance company authorized to conduct the business of insurance in the state of Montana. State Farm insured Bonde under a liability policy issued to Troy Bonde and insuring Charlene Bonde. State Farm insures Redger for medical payments and underinsured motorist ("UIM") coverages under a policy issued to Redger.

4. On January 8, 2025, Bonde lost control of her vehicle on winter roads, crossed the center line and struck Redger in the opposite bound lane near mile marker 74 on US Highway 87.

COPY

5. Liability is clear for the accident.

6. Redger suffered severe and permanent injuries and losses. Defendants are legally liable under tort and contract for all damages recoverable at law.

**COUNT 1 - NEGLIGENCE DEFENDANT BONDE**

7. Plaintiffs incorporate by reference as if fully set forth herein paragraphs 1-6 of the Complaint.

8. Bonde was a negligent cause of injury to Plaintiffs.

9. Plaintiffs have suffered damages in amounts to be proven at trial.

10. Defendants are liable for all damages allowable at law.

**COUNT II - BREACH OF CONTRACT**

11. Plaintiffs incorporate by reference as if fully set forth herein paragraphs 1-10 of the Complaint.

12. State Farm contracted with Redger to provide Med Pay and UIM benefits.

13. State Farm is obligated to pay medical bills causally related to the accident under the terms and conditions of its policy. State Farm has failed and refused to pay causally related medical bills Redger incurred within the terms of the policy.

14. State Farm has breached its contract with Redger. State Farm is liable under contract for the amounts to be proven at trial as a result of the breach.

15. State Farm has contracted with Redger to provide up to $250,000 per person per accident in damages which an underinsured motorist is legally obligated to pay.

16. Bonde is an underinsured motorist.

17. Liability is reasonably clear under the UIM coverage in the policy issued to Redger.

18. State Farm is liable for breach of contract in amounts to be proven at trial.

19. Redger's contract damages constitute a sum certain for which prejudgment interest is owed.

20. Redger have been forced to hire the services of an attorney to compel payment of benefits owed under the policy contract issued to Redger. State Farm is liable for attorney fees, expert fees, and costs for breach of contract.

**COUNT III - DECLARATORY JUDGMENT**

21. Plaintiffs incorporate by reference as if fully set forth herein paragraphs 1-20 of the Complaint.

22. State Farm is obligated to reimburse medical bills causally incurred as a result of a clear liability accident.

23. State Farm has failed and refused to conduct a reasonable investigation into all available information in order to determine its obligation to pay medical bills causally incurred as a result of a clear liability accident.

24. State Farm has failed and refused to pay medical bills causally related to the accident.

25. Redger are entitled to a judicial declaration that State Farm is obligated to pay the amount of medical bills causally related to the accident. Redger have suffered damages.

26. State Farm is obligated to pay the reasonable and necessary attorney fees and costs of the declaratory judgment action.

**COUNT IV - VIOLATION OF THE UTPA**

27. Plaintiffs incorporate by reference as if fully set forth herein paragraphs 1-26 of the Complaint.

28. State Farm has reached into the state of Montana for the purpose of collecting premiums, and is subject to the laws of the state of Montana.

29. State Farm is obligated to reimburse medical bills causally incurred as a result of a clear liability accident.

30. State Farm has failed and refused to conduct a reasonable investigation into all available information in order to determine its obligation to pay medical bills causally incurred as

a result of a clear liability accident.

## COUNT V - PUNITIVE DAMAGES

31. Plaintiffs incorporate by reference as if fully set forth herein para 1-30 of the Complaint.

32. At the appropriate time after summary judgment proceedings, Redger is entitled to a cause of action for punitive damages for the sake of punishment and to deter future similar conduct.

33. Redger are entitled to all damages recoverable at law for State Farm's violation of Montana law.

WHEREFORE, Plaintiffs pray for judgment as follows:

1. For judgment in favor of Plaintiffs and against Defendants;
2. For judicial declaration of State Farm's obligation to pay medical bills causally related to the accident;
3. For reasonable attorney fees, expert fees, and costs;
4. For all damages allowable at law; and
5. For such other and further relief as the Court deems just and proper under the circumstances.

## JURY TRIAL DEMAND

Plaintiffs demand trial by jury.

DATED this 22nd day of May, 2025.

NELSON BANCROFT
ATTORNEYS FOR PLAINTIFFS

/s/ Randall G. Nelson
Randall G. Nelson
2619 St. Johns Avenue, Suite E
Billings, MT 59102

NELSON BANCROFT
2619 ST. JOHNS AVENUE, SUITE E
BILLINGS, MT 59102

FIRST-CLASS
US POSTAGE PITNEY BOWES
ZIP 59102
02 7H
0006178071
$ 000.69⁰

NELSON BANCROFT
2619 St. Johns Avenue, Suite E
Billings, MT 59102

Exhibit B - 15

NELSON BANCROFT
ATTORNEYS AT LAW
2619 ST. JOHNS AVENUE
SUITE E
BILLINGS, MT 59102

**TO:**

CORPORATION SERVICE COMPANY
P.O. Box 1691
Helena, MT 59624-1691